IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| NANCY D. EANES, ) | |
| ) | Case No. 4:06-CV-00003 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Secruity, ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is the *Report and Recommendation* [14] of the United States Magistrate Judge and the Plaintiff's *Objections to the Report and Recommendation of U.S. Magistrate Judge B. Waugh Crigler* [15]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Magistrate Judge's *Report and Recommendation* is **ADOPTED** and the Plaintiff's *Objections* are **OVERRULED**. The Commissioner's final decision denying the Plaintiff's claim for benefits is therefore **AFFIRMED,** and judgment is **GRANTED** for the Defendant. This case is hereby **DISMISSED** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 9th day of November, 2006.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE